UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERRY JOE ORMOND, )
                        )
       Petitioner, )       2:09-cv-2056-JCM-PAL
                        )
vs. )       **ORDER**
                        )
BRIAN E. WILLIAMS, *et al.*, )
                        )
       Respondents. )

Terry Joe Ormond, a Nevada prisoner, has filed a petition for writ of habeas corpus (attached at docket #1), pursuant to 28 U.S.C. § 2254. Respondents have filed an answer (docket #10). Before considering the merits of the claims raised, it has come to the court's attention that petitioner may no longer be in custody, rendering the petition moot.

**IT IS THEREFORE ORDERED** that the parties shall have thirty days from entry of this order to provide evidence and/or argument related to the issue of petitioner's present custody and its relationship to the viability of the habeas corpus petition.

Dated, this 18 day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE